FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

MAR 11 2025

GARY P. SEDAR
CLERK OF COURT
BY_____
DEPUTY CLERK

FELICE JOHN VITI, Acting United States Attorney (#7007)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED MARSH,<br><br>Defendant. | <u>INDICTMENT</u><br><br>Count 1: 18 U.S.C. §§ 1466A(a)(1) and (d), Production of Obscenity<br><br>Count 2: 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography<br><br>**Case: 4:25-cr-00028**<br>**Assigned To : Allen, Ann Marie McIff**<br>**Assign. Date : 3/10/2025**<br>**Description: USA v.** |

The Grand Jury charges:

### COUNT 1
Production of Obscenity
(18 U.S.C. §§ 1466A(a)(1) and (d))

On or about a date unknown, but no later than June 8, 2024, in the District of Utah and elsewhere,

### JARED MARSH,

defendant, did knowingly produce a visual depiction of any kind, including a drawing, cartoon, sculpture, and painting that depicts a minor engaging in sexually explicit conduct

and is obscene using materials that have been mailed, shipped, and transported in interstate or foreign commerce by any means, including by computer, and said visual depiction was shipped and transported in interstate or foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. §§ 1466A(a)(1) and (d).

COUNT 2
Possession of Child Pornography
(18 U.S.C. § 2252A(a)(5)(B))

Beginning on a date unknown but no later than June 8, 2024, and continuing through November 21, 2024, in the District of Utah,

JARED MARSH,

defendant herein, did knowingly possess any material which contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and which images were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2252A or 1466A, the defendant shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this

2

chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- Apple iPhone 15 Pro;

- Samsung Galaxy SM-S146u;

- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

_/ S /_

FOREPERSON OF THE GRAND JURY

FELICE JOHN VITI
Acting United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

3