**TREVOR D. TERRY (13594)**
Attorney for Defendant
132 W Tabernacle, Bldg B
St. George, Utah 84770
Telephone: (435)628-4411
Email: trevor.terry@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JARED MARSH,<br>Defendant. | DEFENDANT'S POSITION ON SENTENCING FACTORS<br><br>Case No. 4:25-cr-00028-AMA-PK<br><br>Judge ANN MARIE MCIFF ALLEN<br><br>Magistrate Judge PAUL KOHLER |

Defendant by and through the undersigned counsel, hereby states that he has no objection to the Presentence Report.

DATED September 14, 2026.

*/s/ Trevor Douglas Terry*
Counsel for Defendant